

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

ZIP 78701 $ 000.27
02 1W
0001401603 OCT 15 2015

10/14/2015
**LANZ, ANDREW** Tr. Ct. No. F-2011-2516-C WHC 1 **WR-83,816-01**
This is to advise that the Court has denied without written order the application for writ of habeas corpus.

*Return to Sender*

Abel Acosta, Clerk

*Inmate OUT OF Custody!*

ANDREW LANZ
~~CLEMENS UNIT~~ - TDC # 1830007

*Return to*

DE-188